An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCEL WILLIAMS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65968

**FILED**

JUL 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of robbery with the use of a firearm. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

The judgment of conviction was entered on May 15, 2014. We lack jurisdiction because the notice of appeal was not filed until June 25, 2014, nine days after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Patrick Flanagan, District Judge
Dennis W. Hough
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Marcel Williams

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24371